**SETH P. CHAZIN (CSBN 133777)**
**Attorney at Law**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 Solano Avenue**
**Albany, CA 94706**
**Telephone: (510) 507-8100**
**Facsimile: (510) 525-0087**
**Attorney for JOHN SHANE LOVETT**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>vs.<br><br>JOHN SHANE LOVETT<br><br>Defendant. | CR 10-00796-03 DLJ<br><br>STIPULATION CONTINUING SENTENCING HEARING; AND ORDER |

The parties, by and through undersigned counsel, hereby STIPULATE and so request that, in order for the defendant to meet the terms of his plea agreeemnt, the sentencing hearing in the above-referenced matter, set for March 18, 2011, at 10:00 a.m., be continued to June 17, 2011, at 10:00 a.m. .

**Dated: March 7, 2011**

                                /s/
                           **SETH P. CHAZIN**
                           **Attorney for JOHN SHANE LOVETT**

**Dated: March 7, 2011**

                                /s/
                           **MAUREEN BESSETTE**
                           **Assistant United States Attorney**

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| United States of America, | ) CR 10-00796-03 DLJ |
| Plaintiff, | ) ORDER CONTINUING ) SENTENCING |
| vs. | ) |
| JOHN SHANE LOVETT | ) |
| Defendant. | ) |

Based upon the above stipulation of the parties, and GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing in this matter, now set to be heard on March 18, 2011, shall instead be heard on June 17, 2011, at 10:00 a.m.

**DATED: March 7, 2011**

_____
**THE HONORABLE LOWELL D. JENSEN**

United States District Court Judge